■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v DORNELL R. THORPE, Appellant.—Appeal by the defendant from a judgment of the County Court, Suffolk County (Seidell, J.), rendered June 29, 1983, convicting him of robbery in the

first degree (two counts), upon his plea of guilty, and imposing sentence.

Ordered that the judgment is affirmed *(see,* Penal Law § 160.15 [2], [3]; § 70.02 [1] [a]; [3] [a]; [4]; CPL 1.20 [4]; 720.10 [3]). Mangano, J. P., Brown, Rubin and Eiber, JJ., concur.